**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TechRadium, Inc., )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> Blackboard Connect Inc. *et al.*, )<br>  )<br>    Defendants. ) | Civil Action No. 2:08-cv-214<br><br>Judge Ward |

**ORDER**

The parties have jointly stipulated to a dismissal with prejudice of all claims and counterclaims that they brought in this action, with each party to bear its own costs. Pursuant to Federal Rule of Civil Procedure 41, this action has been dismissed.

SO ORDERED.

SIGNED this 23rd day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE